# UNITED STATES AIR FORCE
# COURT OF CRIMINAL APPEALS

————————————

## No. ACM S32671 (f rev)

————————————

### UNITED STATES
*Appellee*

**v.**

### Tristan M. ANDERSON
Airman First Class (E-3), U.S. Air Force, *Appellant*

————————————

Appeal from the United States Air Force Trial Judiciary

*Upon Further Review*

Decided 30 July 2021

————————————

*Military Judge:* Wesley A. Braun; Andrew R. Norton (remand).

*Sentence:* Sentence adjudged on 9 September 2020 by SpCM convened at Patrick Air Force Base, Florida. Sentence entered by military judge on 5 October 2020 and reentered on 15 April 2021: Bad-conduct discharge, confinement for 104 days, and reduction to E-1.

*For Appellant:* Lieutenant Colonel Lance J. Wood, USAF.

Before MINK, KEY, and ANNEXSTAD, *Appellate Military Judges*.

Senior Judge KEY delivered the opinion of the court, in which Senior Judge MINK and Judge ANNEXSTAD joined.

————————————

**This is an unpublished opinion and, as such, does not serve as precedent under AFCCA Rule of Practice and Procedure 30.4.**

————————————

PER CURIAM:

The findings and sentence entered are correct in law and fact, and no error materially prejudicial to Appellant's substantial rights occurred. Articles 59(a)

and 66(d), Uniform Code of Military Justice, 10 U.S.C. §§ 859(a), 866(d) (*Manual for Courts-Martial, United States* (2019 ed.).[1,2]

Accordingly, the findings and sentence are **AFFIRMED**.

FOR THE COURT

*Carol K. Joyce*

CAROL K. JOYCE
Clerk of the Court

---

[1] In an earlier opinion, we remanded Appellant's case due to an error related to the convening authority's action. *See United States v. Anderson*, No. ACM S32671, 2021 CCA LEXIS 134 (A.F. Ct. Crim. App. 30 Mar. 2021) (unpub. op.). That error has been corrected by virtue of the convening authority taking new action on the case.

[2] The entry of judgment contains several errors. The summary of Specification 3 of Charge I incorrectly lists the relevant offense dates as 15 and 22 April 2020, when the dates on the charge sheet are 6 and 10 March 2020. The sentence for this offense is incorrectly listed as 15 days; it should be 90 days. The sentence for the Specification of Charge II is listed as 90 days, but it should be 15 days. The summary of the Specification of the Additional Charge incorrectly lists 6 and 10 March 2020 as the relevant offense dates, while the charge sheet reflects 15 and 22 April 2020. We direct a military judge, detailed through the Chief Trial Judge, Air Force Trial Judiciary, correct the entry of judgment accordingly and prior to completion of the final order under Rule for Courts-Martial 1209(b).